UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN ALDRICH,

      Plaintiff,

CASE NO. 1:19-CV-346

v.

HON. ROBERT J. JONKER

INNISFREE HOTELS, INC.,

      Defendant.
_____/

On May 3, 2019, the parties submitted a proposed stipulated order for approval of settlement agreement (ECF No. 3). The parties have submitted the settlement agreement for *in camera* review, and this Court has reviewed the settlement agreement.

As interpreted by the Supreme Court, the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201-19 (2000), permits parties in certain FLSA cases to resolve a disputed claim through a settlement agreement approved as fair and reasonable by a district court. *D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108 (1946); *Brooklyn Sav. Bank v. O'Neil*, 324 U.S. 697 (1945). The Court, having reviewed the agreement, is satisfied that it is a fair and reasonable settlement of a disputed claim. The Court is returning the original settlement agreement to counsel for safekeeping and is not filing the agreement with the Court.

    **ACCORDINGLY, IT IS ORDERED**:

    1.    The parties' proposed stipulated order for approval of settlement agreement (ECF No. 3) is **GRANTED**.

2.  This action is **DISMISSED** with prejudice based on the approved settlement agreement of the parties.

Date: May 6, 2019                    /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     CHIEF UNITED STATES DISTRICT JUDGE